FILED ... ... OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2014 DEC -3  AM 9: 24

M. REGINA THOMAS
CLERK
BY: _Jackie Ousley_
DEPUTY CLERK

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE: PINKETT, DEMETRIUS AND DANA)   CASE NUMBER 14-67504 mhm

)   CHAPTER 13

Debtor(s)   )

)

_____)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Demetrius and Dana Pinkett, Debtors, have filed a Motion for Reconsideration of the Order dismissing their bankruptcy.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in the Atlanta Division, Courtroom 1204, United States Courthouse, 75 Spring Street, SW., Atlanta, Georgia 30303 at 1:45 p.m., on December 18, 2014.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least three business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated:  December 3, 2014

Jonathan R. Melnick
Counsel for Movant
3355 Lenox Rd. Suite 750
Atlanta, Georgia 30326
(404) 249-8383

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:    PINKETT, DEMETRIUS AND DANA    CASE No. 14-67504 mhm

Debtors                                 CHAPTER 13

**MOTION FOR RECONSIDERATION OF ORDER DISMISSING CASE**

COME NOW the Debtors and move this Court for an Order
setting aside the dismissal of the Chapter 13 case.  In support,
the Debtors show as follows:

1.

The Debtors filed this case on September 5, 2014.  The
Debtors had previously filed a case that was dismissed earlier
this year due to personal and financial conditions that were
outside of the Debtors' control.  However, the Debtors have
pursued this case in good faith and it was no fault of the
Debtors that this case was dismissed.  Counsel for the Debtors
had mistakenly placed this case on the wrong calendar for the
confirmation hearing and the case was dismissed due to counsel's
mistake and not due to any failure on the part of the Debtors.
Counsel will agree to appropriate sanctions for his failure in
this case.

This 3ʳᵈ day of December, 2014.


JONATHAN R. MELNICK
Attorney for the Debtors
GBN 501254

3355 Lenox Rd.
Suite 750
Atlanta, GA   30326
(404)249-8383

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE: PINKETT, DEMETRIUS AND DANA)          CASE NUMBER 14-67504 mhm
                                 )          CHAPTER 13

      Debtor(s)                  )

                                 )

_____)

## CERTIFICATE OF SERVICE

I Jonathan R. Melnick certify that I am over the age of 18 and that on December

3, 2014 I served a copy of the foregoing Motion and Notice of Hearing on the Debtor's

Motion for Reconsideration BY FIRST CLASS U.S. Mail, with adequate postage prepaid

on the following persons or entities at the addresses stated:

Mr. Adam M. Goodman
Chapterr 13 Trustee
Suite 200
260 Peachtree St.
Atlanta, GA  30303

Coastal Credit
2110 New Market Pkwy.
Suite 101
Marietta, GA  30067

Farmers Furniture
P.O. Box 1140
Dublin, GA  31040

Ocwen Loan Servicing
P.O. Box 24738
West Palm Beach, FL  33416

Prestige Financial
P.O. Box 26397

Salt Lake City, UT  84126-0937

Division of Child Support Services
2910 Miller Rd.
Decatur, GA  30035

Georgia Department of Revenue
Bankruptcy Section
P.O. Box 161108
Atlanta, GA  30321

Internal Revenue Service
P.O Box 7346
Philadelphia, PA  1910

Vila Corder
4031 Sweetwater Pkwy.
Ellenwood, GA  30294

Dekalb Medical Center
P.O. Box 723537
Atlanta, GA  31139

ECMC/NCO Financial Systems, Inc
5625 Frantz Rd.
Dublin, OH  4301

Georgia Department of Labor
P.O. Box 3433
Atlanta, GA  30302

Georgia Department of Revenue
Bankruptcy Section
P.O. Box 161108
Atlanta, GA  30321

Internal Revenue Service
P.O Box 7346
Philadelphia, PA  19101

Radiology Associates
P.O. Box 279
Norcross, GA  30091

Radiology Associates
P.O. Box 279

Norcross, GA  30091

Southeastern Pathology
P.O. Box 30309
Charleston, SC  29417

Trugreen
c/o Transworld Systems
507 Prudential Rd.
Horsham, PA  19044

Dated this 3rd day of December, 2014

Jonathan R. Melnick
GBN 501254
Attorney for the Debtor

3355 Lenox Rd.
Suite 750
Atlanta, GA  30326
(404)249-8383