UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **DEMETRIUS LEO PINKETT,** | ) | CASE NO. **14-67504** – MHM |
| **DANA LYNN PINKETT,** | ) | |
| | ) | |
| Debtors. | ) | |

### ORDER VACATING DISMISSAL

On December 3, 2014, Debtors filed a *Motion for Reconsideration of Dismissal* (Doc. No. 23) ("Motion"), seeking to vacate the order of dismissal entered November 25, 2014 (Doc. No. 21) ("Dismissal Order"), and set the Motion for hearing January 8, 2015. No creditor objected to the Motion, and Trustee does not oppose the Motion. For good cause shown, it is hereby

**ORDERED** that the Dismissal Order is *vacated* and this case is reinstated. It is further

**ORDERED** that Debtors' attorney's fees are reduced by $300.00 (Three Hundred Dollars), and the Plan is amended accordingly. It is further

**ORDERED** that Debtors' attorney shall re-notice hearing on confirmation within ten (10) days after the date of entry of this order. It is further

**ORDERED** that Debtors' attorney shall serve all creditors and interested parties with a copy of this Order, and shall file a certificate of such service within three business days thereafter.

IT IS SO ORDERED, this the 20th day of March, 2015.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE

Draft order presented by

_____
JONATHAN R. MELNICK
Attorney for the Debtors
GBN 501254

3355 Lenox Rd.
Suite 750
Atlanta, GA  30326
(404)249-8383


No Opposition

_____ (by JRM w/ permission)
MANDY K. CAMPBELL
Attorney for Standing Chapter 13 Trustee
GA Bar No. 142676

Adam M. Goodman
Chapter 13 Trustee
Suite 200
260 Peachtree St.
Atlanta, GA  30303
(678)510 1444