IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE No. 14-67504 mhm |
| | ) | |
| DEMETRIUS AND DANA PINKETT, | ) | CHAPTER 13 |
| | ) | |
| Debtors | ) | |

*Filed in U.S. Bankruptcy Court
Atlanta, Georgia
APR 3 0 2015
M. Regina Thomas, Clerk
By: _____ Deputy Clerk*

| | | |
|---|---|---|
| DEMETRIUS AND DANA PINKETT, | ) | |
| | ) | |
| Debtors | ) | |
| | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| | ) | |
| | ) | |
| COASTAL CREDIT LLC, | ) | |
| | ) | |
| Claimant | ) | |

**DEBTOR'S MOTION TO RECLASSIFY THE CLAIM OF COASTAL CREDIT LLC AS A GENERAL UNSECURED CLAIM AND OBJECTION TO CLAIM AMOUNT**

COME NOW the Debtors and makes this their objection to the proof of claim of Coastal Credit, LLC (claim no. 5). In support the Debtors show as follows:

This case was dismissed on or about November 25, 2015 and was reopened on March 25, 2015. During the period in which the case was dismissed the 2010 Toyota Corrolla that was the subject of Coastal Credit's security interest was repossessed by the Creditor. The Debtor has no interest in recovering the vehicle. Coastal Credit had originally filed their claim as a secured

claim but it is obviously no longer secured due to the repossession. Therefore the Debtors are moving this Court to reclassify Coastal Credit's claim as a general unsecured claim.

Furthermore, Coastal Credit has taken possession of the vehicle. Since the Debtors are no longer financing the vehicle, they no longer owe the $12,132.00 originally claimed by Coastal Credit and the amount of the claim should be adjusted by the Creditor to reflect the actual amount that is owed.

WHEREFORE the Debtors move to reclassify the claim of Coastal Credit, to reduce the claim of Coastal Credit based on the repossession, and for such other relief as is necessary and proper.

This 29th day of April, 2015.

_____
JONATHAN R. MELNICK
Attorney for the Debtors
GBN 501254

3355 Lenox Rd.
Suite 750
Atlanta, GA  30326
(404)249-8383

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

APR 30 AM 9:20

REGINA THOMAS

Jackie Dukes

BY
DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE No. 14-67504-mhm |
| | ) | |
| DEMETRIUS AND DANA PINKETT, | ) | CHAPTER 13 |
| | ) | |
| Debtors | ) | |

| | | |
|---|---|---|
| DEMETRIUS AND DANA PINKETT, | ) | |
| | ) | |
| Debtors | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| COASTAL CREDIT LLC, | ) | |
| | ) | |
| Claimant | ) | |

## NOTICE OF REQUIREMENT OF RESPONSE TO OBJECTION TO CLAIM OF COASTAL CREDIT (CLAIM No. 5); OF DEADLINE FOR FILING A RESONSE; AND OF HEARING

**PLEASE TAKE NOTICE** that Demetrius and Dana Pinkett, Debtors, have filed an objection to the proof of claim of Coastal Credit, LLC, seeking an order to have the claim classified as a general unsecured claim.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must:

(1) File with the Court a written response, explaining your positions and views as to why your claim should be allowed as filed. The written response must be

filed at the following address: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta, Georgia 30303. If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will actually receive it on or before the date stated above.

(2) Mail or deliver a copy of your written response to the Debtor's attorney at the address stated below. You must attach a certificate of service to your response stating when, how, and upon whom (including addresses) you served the response.

If you or your attorney do not file a timely response, the court may decide that you do not oppose the relief sought, in which event the hearing scheduled below may be cancelled and the Court may enter an order disallowing your claim as requested without further notice and without a hearing.

If you or your attorney file a timely response, then a hearing will be held in Courtroom 1204, U.S. Courthouse, 75 Spring St. Atlanta, GA 30303 at 1:45 on June 18, 2015. You or your attorney must attend the hearing and advocate your position.

Dated: April 29, 2015.

/s/ Jonathan R. Melnick
Jonathan R. Melnick
Counsel for Movant
GBN 501254
3355 Lenox Rd. Suite 750
Atlanta, Georgia 30326
(404) 249-8383

```
              IN THE UNITED STATES BANKRUPTCY COURT
                   NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION
```

| | | |
|---|---|---|
| IN RE: | ) | CASE No. 14-67504 mhm |
| | ) | |
| DEMETRIUS AND DANA PINKETT, | ) | CHAPTER 13 |
| | ) | |
| Debtors | ) | |

| | | |
|---|---|---|
| DEMETRIUS AND DANA PINKETT, | ) | |
| | ) | |
| Debtors | ) | |
| | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| | ) | |
| | ) | |
| COASTAL CREDIT LLC, | ) | |
| | ) | |
| Claimant | ) | |

**CERTIFICATE OF SERVICE**

I Jonathan R. Melnick certify that I am over the age of 18 and that on April 29, 2015 I served a copy of the foregoing Motion and Notice of Hearing on the Debtor's Motion to Reclassify Claim and Objection to Claim Amount BY FIRST CLASS U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

```
              Coastal Credit, LLC
              2110 New Market Pkwy.
                   Suite 101
               Marietta, GA 30067
```

Dated this 29th day of April, 2015.

/s/ Jonathan R. Melnick
Jonathan R. Melnick
GBN 501254
Attorney for the Debtor

3355 Lenox Rd.
Suite 750
Atlanta, GA 30326
(404)249-8383