UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **DEMETRIUS LEO PINKETT and** | ) | CASE NO. **14-67504- MHM** |
| **DANA LYNN PINKETT.** | ) | |
|     DEBTORS. | ) | |

### CHAPTER 13 TRUSTEE'S SUPPLEMENTAL OBECTION TO CONFIRMATION AND MOTION TO DISMISS

    COMES NOW Adam M. Goodman, Chapter 13 Trustee and objects to confirmation of the Plan and files this motion to dismiss under 11 U.S.C. § 1307(c), for cause, including the following reasons:

    1. The Chapter 13 Plan is not feasible as it establishes a post confirmation sum of equal monthly payments to creditors and the payment of attorney's fees greater than the monthly Plan payments in violation of 11 U.S.C. Section 1325(a)(6).

    WHEREFORE, Trustee moves this Honorable Court to inquire into the above objections at the separately scheduled and noticed Confirmation hearing, deny the Confirmation of the Chapter 13 Plan, dismiss the case, and for such other and further relief that this Court deems just and proper.

Dated: This the ___5___ day of ___May___, 2015.

Respectfully submitted,

_____
William A. Bozarth
GA Bar No. 940530
Staff Attorney for Chapter 13 Trustee

Adam M. Goodman
Standing Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
678-510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| DEMETRIUS LEO PINKETT and | ) | |
| DANA LYNN PINKETT, | ) | CASE NO.: 14-67504-MHM |
| | ) | |
| DEBTORS. | ) | |

14-67504-MHM                    **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

    DEBTOR(S):

    DEMETRIUS LEO PINKETT
    DANA LYNN PINKETT
    705 ASBURY WAY
    LITHONIA, GA  30058

    DEBTOR(S) ATTORNEY:

    JONATHAN R. MELNICK
    3355 LENOX ROAD
    SUITE 750
    ATLANTA, GA  30326

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

May 5th ,2015

/s/ _____
William A. Bozarth
GA Bar No. 940530
Attorney for Adam M. Goodman, Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:  678-510-1444
Facsimile:   678-510-1450