UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **DEMETRIUS LEO PINKETT, SR.,** | ) | CASE NO. **14-67504 – MHM** |
| **DANA LYNN PINKETT,** | ) | |
| | ) | |
| Debtors. | ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| DEMETRIUS LEO PINKETT, SR., | ) | |
| DANA LYNN PINKETT, | ) | |
| | ) | |
| Movants, | ) | |
| v. | ) | **CONTESTED MATTER** |
| | ) | |
| COASTAL CREDIT LLC, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER AND NOTICE REGARDING DEFICIENT FILING

Debtors filed April 30, 2015 a *Motion to Re-Classify Respondent's Claim* and a Notice of Hearing (Doc. No. 33) ("Objection"), which is deficient because it was not properly served, as it is not accompanied by a certificate showing service upon the person who filed the Proof of Claim filed on behalf of Respondent, as required by BLR 3007-1(b), or upon the Chapter 13 Trustee. Also, the Objection states the case was dismissed November 25, 2015, a date in the future. Finally, counsel for Debtors failed to include the hearing date and time in the docket entry. The docket entry has been corrected. The remaining deficiencies may be cured by filing amended or supplemental

pleadings, and by re-noticing the hearing for a date more than 30 days from the date of filing the re-notice. Accordingly, it is hereby

**ORDERED** that the hearing scheduled for June 18, 2015 is *cancelled.* It is further

**ORDERED** that if, within 21 days from the date of entry of this order, no further pleadings are filed to correct the noted deficiencies, and the hearing re-noticed, the Objection shall stand overruled.

The Clerk is directed to serve this Order upon Debtors, counsel for Debtors, Respondent, and the Chapter 13 Trustee.

IT IS SO ORDERED, this the 7th day of May, 2015.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE