

**IT IS ORDERED as set forth below:**


**Date: June 30, 2015**

_____

**Margaret H. Murphy**
**U.S. Bankruptcy Court Judge**

_____


# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION


| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **DEMETRIUS LEO PINKETT** | ) | CASE NO. **14-67504-MHM** |
| **and DANA LYNN PINKETT,** | ) | |
| | ) | |
| Debtors. | ) | |

### ORDER DIRECTING DISPOSITION OF FUNDS

Trustee filed a *Motion for Direction regarding Disposition of Undistributed Funds* on June 8, 2015 (Doc. No. 44)("Motion").  Hearing was set for June 19, 2015.  No party appeared in opposition.  Accordingly, it is hereby

**ORDERED** that Trustee shall disburse the undistributed funds to Debtors.

The Clerk of Court is DIRECTED to serve notice of this Order upon Debtors, Debtor's Counsel, Chapter 13 Trustee, and all creditors and other parties in interest.

**[END OF DOCUMENT]**

Prepared and Presented by:

_____/s/_____

Mandy K. Campbell
GA Bar No.: 142676
Attorney for Chapter 13 Trustee
260 Peachtree Street
Suite 200
Atlanta, GA  30303
TEL:  678-510-1444
FAX:  678-510-1450